# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00344-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KATRINA A. WHITE,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the sentencing for Defendant Katrina A. White RESET to **May 7, 2010 at 1:30 p.m.**

    DATED: March 09, 2010