**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00344-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     KATRINA A. WHITE,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the sentencing for Defendant Katrina A. White is RESET to **June 24, 2010 at 10:00 a.m.**

    DATED: April 12, 2010